**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
:
In re: : Chapter 15
:
PLATINUM PARTNERS VALUE : Case No. 16-12925-scc
ARBITRAGE FUND L.P. (IN :
PROVISIONAL LIQUIDATION),[1] : (Joint Administration Requested)
:
Debtor in :
Foreign Proceedings. :
:
:
---------------------------------------------------------x
---------------------------------------------------------x
:
In re: : Chapter 15
:
PLATINUM PARTNERS VALUE : Case No. 16-12934-scc
ARBITRAGE FUND (INTERNATIONAL) :
LTD. (IN OFFICIAL LIQUIDATION),[2] : (Joint Administration Requested)
:
Debtor in :
Foreign Proceedings. :
:
:
---------------------------------------------------------x

**ORDER DIRECTING JOINT**
**ADMINISTRATION OF DEBTORS' CHAPTER 15**
**CASES PURSUANT TO BANKRUPTCY RULE 1015(b)**

---

[1] The last four digits of the United States Tax Identification Number follows in parentheses: Platinum Partners Value Arbitrage Fund L.P. (in Provisional Liquidation) (1954). The Master Fund's registered address is c/o Intertrust Corporate Services (Cayman) Limited, 190 Elgin Avenue, George Town, Grand Cayman, KY1-9005, Cayman Islands.

[2] The last four digits of the United States Tax Identification Number follows in parentheses: Platinum Partners Value Arbitrage Fund (International) Ltd. (in Official Liquidation) (2356). The registered office of the International Fund is c/o The R&H Trust Co. Ltd., Windward 1, Regatta Office Park, P.O. Box 897, Grand Cayman KY1-1103, Cayman Islands.

1

#48375438_v1

Upon the motion (the "**Motion**")[3] of the Liquidators of the Funds for entry of an order pursuant to Bankruptcy Rule 1015(b) authorizing joint administration of the Funds' chapter 15 cases for procedural purposes only (the "**Order**"), all as more fully described in the Motion; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference from the United States District Court for the Southern District of New York*, dated as of February 1, 2012; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(P); and venue being proper before this Court pursuant to 28 U.S.C. § 1410; and due and proper notice of the Motion aving been provided; and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion (the "**Hearing**"); and upon the Kennedy Declaration, Leontsinis Declaration, Gluck Declaration and the Petition, filed contemporaneously with the Motion, the record of the Hearing and all of the proceedings had before the Court; and it appearing that the relief requested by the Motion is in the best interest of the Funds, their estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor; it is hereby ORDERED that:

1. The Motion is granted as set forth herein.

2. The above-captioned chapter 15 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 16-12925 (SCC).

3. The Clerk of this Court shall maintain one file and one docket for these jointly administered cases, which file and docket for all of these chapter 15 cases shall be the file and docket for Master Fund, Case No. 16-12925 (SCC).

4. The caption of the jointly administered cases shall read as follows:

---

[3] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

#48375438_v1

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
:
In re:                                                    :    Chapter 15
                                                          :
PLATINUM PARTNERS VALUE                                   :    Case No. 16-12925 (SCC)
ARBITRAGE FUND L.P. (IN                                   :
PROVISIONAL LIQUIDATION),1 *et al.*,                      :    (Jointly Administered)
                                                          :
         Debtors in                                       :
         Foreign Proceedings.                             :
                                                          :
                                                          :
---------------------------------------------------------x

[1] The last four digits of the United States Tax Identification Number, or similar foreign identification number, as applicable, follow in parentheses: Platinum Partners Value Arbitrage Fund L.P. (in Provisional Liquidation) (1954) and Platinum Partners Value Arbitrage Fund (International) Ltd. (in Official Liquidation) (2356). The registered office of the International Fund is c/o The R&H Trust Co. Ltd., Windward 1, Regatta Office Park, P.O. Box 897, Grand Cayman KY1-1103, Cayman Islands. The Master Fund's registered address is c/o Intertrust Corporate Services (Cayman) Limited, 190 Elgin Avenue, George Town, Grand Cayman, KY1-9005, Cayman Islands.

    5.    A docket entry shall be made in the case of the International Fund substantially as follows:

        An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 15 cases of Platinum Partners Value Arbitrage Fund L.P. (in Provisional Liquidation) and Platinum Partners Value Arbitrage Fund (International) Ltd. (in Official Liquidation). The docket in Case No. 16-12925 (SCC) should be consulted for all matters affecting this case.

    5.    Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of these chapter 15 cases.

    6.    The Foreign Representatives are authorized to (a) utilize a combined service list for the Funds' jointly administered cases and (b) send combined notices to creditors of the Funds' estates and other parties in interest as applicable.

    7.    The Foreign Representatives are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

3

#48375438_v1

8. Notwithstanding any applicability of any Bankruptcy Rules, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry, and the Clerk is hereby directed to enter this Order on the docket in each chapter 15 case of the Funds.

9. This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: October 25, 2016         /S/ Shelley C. Chapman
      New York, New York         UNITED STATES BANKRUPTCY JUDGE

4

#48375438_v1