**SMYSER KAPLAN & VESELKA, L.L.P**
Craig Smyser
Justin Waggoner
Jeff Potts
700 Louisiana St., Suite 2300
Houston, Texas 77002
csmyser@skv.com
(713) 221-2330
(713) 221-2320 (fax)

*Attorney for Richard Schmidt,*
*Litigation Trustee of*
*Black Elk Energy Offshore Operations LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re:* | Chapter 15 |
| PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P. (IN PROVISIONAL LIQUIDATION), *et al*, | Case No. 16-12925 (SCC) (Jointly Administered) |
| Debtors in Foreign Proceedings. | Re: Docket No. 36 |

**CERTIFICATE OF SERVICE**

I, Justin Waggoner, hereby certify that on Thursday, February 23, 2017, I caused service of the Notice of Presentment of Order on Joint Motion to Partially Lift Stay (Doc. 36) upon the parties on the attached list in the manner set forth therein.

Dated: March 8, 2017

                                                    */s/ Justin Waggoner*
                                                    Justin Waggoner

631791.1

To:

| | |
|---|---|
| Joshua Dorchak; Matthew C. Ziegler<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, New York 10178 | By District of New York CM/ECF System |
| Platinum Partners Value Arbitrage Fund L.P.<br>R&H Trust Co. Ltd., Windward 1,<br>Regatta Office Park, PO Box 897,<br>George Town, Grand Cayman KY1-1103<br>Cayman Islands | By U.S. Mail |
| Barbra R. Parlin<br>Holland & Knight, LLP<br>31 West 52nd Street<br>New York, NY 10019 | By District of New York CM/ECF System |
| United States Trustee<br>Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014-9449 | By U.S. Mail |
| ED&F Man Capital Markets Limited<br>c/o Robinson Brog, et al.<br>875 Third Avenue, 9th Floor<br>New York, NY 10022-0123<br>Att'n: Sheldon Eisenberger | By District of New York CM/ECF System |
| William R. Baldiga, Esq.; Sunni P. Beville, Esq.<br>Brown Rudnick LLP<br>Attorneys for Official Committee of Equity Security<br>Holders of IMX Acquisition Corp., et al<br>One Financial Center<br>Boston, MA 02111-2621 | By U.S. Mail |
| Deborah D. Williamson<br>Dykema Cox Smith<br>Attorneys for First National Bank of Central Texas<br>112 E. Pecan Street, Suite 1800<br>San Antonio, Texas 78205-1521 | By District of New York CM/ECF System |

2

631791.1


| | |
|---|---|
| First National Bank of Central Texas<br>1835 N. Valley Mills Drive<br>Waco, Texas 76710-2556 | By District of New York CM/ECF System |
| Gilbert Backenroth, Esq.; Rex Chatterjee, Esq.<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, New York 10022-5717 | By District of New York CM/ECF System |
| Paul Kizel, Esq.; Richard Bernstein, Esq.<br>Lowenstein Sandler LLP<br>Attorneys for New Mountain Finance Corporation<br>1251 Avenue of the Americas, 17th Floor<br>New York, NY 10020-1104 | By District of New York CM/ECF System |
| Michael A. Rosenthal; Keith R. Martorana<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166-0193 | By District of New York CM/ECF System |
| Richard Koehler; Howard Wien<br>Koehler & Isaacs LLP<br>61 Broadway — 25th Floor<br>New York, NY 10006 | By U.S. Mail |
| Matthew Okin; David Curry<br>Okin Adams LLP<br>1113 Vine St., Suite 201<br>Houston, TX 77002 | By District of New York CM/ECF System |

631791.1