**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

| | |
|---|---|
| IN RE: Platinum Partners Value Arbitrage Fund L.P. and Platinum Partners Value Arbitrage Intermediate Fun | CASE NO.: 16−12925−scc |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 14−1861954 | CHAPTER: 15 |

---

# NOTICE OF ADJOURNMENT OF HEARING

Please take notice that the hearing scheduled for March 6, 2018 has been adjourned. The new hearing date is March 12, 2018 at 2:00 p.m. in courtroom 623 on the following motions:

Doc #53 Motion to Compel Cohnreznick LLP to Comply with Subpoena for Production of Documents filed by Jack B. Gordon on behalf of Platinum Partners Value Arbitrage Fund (International), Platinum Partners Value Arbitrage Intermediate Fund Ltd.

Doc #54 Motion to Join filed by Warren E. Gluck on behalf of Platinum Partners Value Arbitrage Fund L.P.

Thank you

Dated: February 20, 2018                              Vito Genna
                                                      Clerk of the Court

United States Bankruptcy Court
Southern District of New York

In re:                                                                  Case No. 16-12925-scc
Platinum Partners Value Arbitrage Fund L                                Chapter 15
Platinum Partners Value Arbitrage Interm
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0208-1          User: gwhite              Page 1 of 2            Date Rcvd: Feb 20, 2018
                              Form ID: 143              Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2018.
```
smg             N.Y. State Unemployment Insurance Fund,    P.O. Box 551,    Albany, NY   12201-0551
smg             New York City Dept. Of Finance,    345 Adams Street, 3rd Floor,
                 Attn: Legal Affairs - Devora Cohn,    Brooklyn, NY   11201-3719
smg            +United States Attorney's Office,    Southern District of New York,
                 Attention: Tax & Bankruptcy Unit,    86 Chambers Street, Third Floor,    New York, NY 10007-1825
cr             +ED&F Man Capital Markets Limited,    c/o Robinson Brog, et al.,    875 Third Avenue,    9th Floor,
                 New York, NY 10022-0123
frep            Platinum Partners Value Arbitrage Fund L.P.,    c/o Intertrust Corp. Servs (Cayman) Ltd.,
                 190 Elgin Avenue,    George Town KY1-9005,    CAYMAN ISLANDS
7038398        +Brown Rudnick LLP,    Attorneys for Official Committee of,    Equity Security Holders of IMX,
                 Acquisition Corp., et al,    One Financial Center,    Boston, MA 02111-2621
7055256        +Dykema Cox Smith,    Attorneys for First National,    Bank of Central Texas,
                 112 E. Pecan Street, Suite 1800,    San Antonio, Texas 78205-1521
7055103        +First National Bank of Central Texas,    1835 N. Valley Mills Drive,    Waco, Texas 76710-2556
7100920        +GIBSON, DUNN & CRUTCHER LLP,    200 Park Avenue,    New York, NY 10166-4799
7050731        +HAHN & HESSEN LLP,    488 Madison Avenue,    New York, New York 10022-5717
7035601        +Lowenstein Sandler LLP,    Attorneys for New Mountain Finance,    Corporation,
                 1251 Avenue of the Americas, 17th Floor,    New York, NY 10020-1104
7087156        +Morgan, Lewis & Bockius LLP,    101 Park Avenue,    New York, New York 10178-0060
7038999        +SMYSER KAPLAN & VESELKA, L.L.P,    Attorneys for Richard Schmidt, Trustee,
                 for Black Elk Energy Litigation Trust,    700 Louisiana, Suite 2300,
                 Houston, Texas 77002-2740
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Feb 20 2018 19:41:19
                 New York State Tax Commission,    Bankruptcy/Special Procedures Section,    P.O. Box 5300,
                 Albany, NY   12205-0300
7100919        +E-mail/Text: sswinton@koehler-isaacs.com Feb 20 2018 19:41:04      KOEHLER & ISAACS LLP,
                 61 Broadway  25th Floor,    New York, NY 10006-2829
                                                                                              TOTAL: 2
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
db              Platinum Partners Value Arbitrage Intermediate Fun
intp            Black Elk Energy Litigation Trust
unk             CohnReznick LLP
cr              Correction Officers' Benevolent Association and th
cr              First National Bank of Central Texas
unk             Margot MacInnis and Nilani Perera
intp            New Mountain Finance Corporation
intp            Official Committee of Equity Security Holders of I
frep            Platinum Partners Value Arbitrage Fund (Internatio,   Borelli Wals, G/F Harbour Place,
                 P.O. Box 30847,    Grand Cayman,    KY1-1204
intp            RH Realty Money Purchase Plan
intp            RZH Foundation
intp            Seaport Fund LLC
intp            The Interlink I Charitable Lead Trust
intp            The Interlink III Charitable Lead Trust
intp            The Interlink VI Charitable Lead Trust
7098193         Michael A. Rosenthal,    Keith R. Martorana,    Richard Koehler,    Howard Wien
                                                                                 TOTALS: 16, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                                    Signature:   /s/Joseph Speetjens

```
District/off: 0208-1          User: gwhite              Page 2 of 2              Date Rcvd: Feb 20, 2018
                              Form ID: 143              Total Noticed: 15
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2018 at the address(es) listed below:

```
          Barbra R. Parlin    on behalf of Foreign Representative    Platinum Partners Value Arbitrage Fund
           L.P. barbra.parlin@hklaw.com,    elvin.ramos@hklaw.com,glenn.huzinec@hklaw.com
          Bruce R. Grace    on behalf of Debtor    Platinum Partners Value Arbitrage Intermediate Fund Ltd.
           bruce.grace@lbkmlaw.com,    lauren.skala@lbkmlaw.com;jessica.buckwalter@lbkmlaw.com
          Craig  Smyser    on behalf of Interested Party    Black Elk Energy Litigation Trust csmyser@skv.com,
           francoise-bernier-1433@ecf.pacerpro.com
          Deborah D. Williamson    on behalf of Creditor    First National Bank of Central Texas
           dwilliamson@dykema.com,    rcolbath@dykema.com
          Gilbert  Backenroth    on behalf of Interested Party    RH Realty Money Purchase Plan
           gbackenroth@hahnhessen.com,
           hahnhessen@ecf.inforuptcy.com;jzawadzki@hahnhessen.com;jorbach@hahnhessen.com;sthompson@hahnhesse
           n.com;marnott@hahnhessen.com;dreinhart@hahnhessen.com
          Jack B. Gordon    on behalf of Debtor    Platinum Partners Value Arbitrage Intermediate Fund Ltd.
           jack.gordon@lbkmlaw.com
          James L. Bernard    on behalf of Unknown    CohnReznick LLP jbernard@stroock.com,
           insolvency@stroock.com
          Jeffrey A. Potts    on behalf of Interested Party    Black Elk Energy Litigation Trust
           jpotts@skv.com,    tdoyle@skv.com
          Joshua  Dorchak    on behalf of Foreign Representative    Platinum Partners Value Arbitrage
           Intermediate Fund Ltd. (in Official Liquidation) joshua.dorchak@morganlewis.com
          Justin M. Waggoner    on behalf of Interested Party    Black Elk Energy Litigation Trust
           jwaggoner@skv.com,    tdoyle@skv.com
          Matthew C. Ziegler    on behalf of Unknown Margot MacInnis    and Nilani Perera
           matthew.ziegler@morganlewis.com
          Matthew S. Okin    on behalf of Interested Party    Black Elk Energy Litigation Trust
           mokin@okinadams.com
          Melissa  Boey    on behalf of Debtor    Platinum Partners Value Arbitrage Intermediate Fund Ltd.
           melissa.boey@morganlewis.com
          Paul  Kizel    on behalf of Interested Party    New Mountain Finance Corporation
           pkizel@lowenstein.com
          Steven B. Eichel    on behalf of Creditor    ED&F Man Capital Markets Limited se@robinsonbrog.com
          Tyler G. Doyle    on behalf of Interested Party    Black Elk Energy Litigation Trust
           tydoyle@skv.com,    francoise-bernier-1433@ecf.pacerpro.com
          United States Trustee     USTPRegion02.NYECF@USDOJ.GOV
          Warren E. Gluck    on behalf of Foreign Representative    Platinum Partners Value Arbitrage Fund
           (International) Ltd. warren.gluck@hklaw.com,
           Barbra.Parlin@hklaw.com;elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com
                                                                                             TOTAL: 18
```