LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
Jack B. Gordon
Bruce R. Grace
Tara J. Plochocki
1101 New York Avenue, NW, Suite 1000
Washington, DC 20005
(202) 833-8900

*Attorneys for Margot MacInnis and Nilani Perera,
as Foreign Representatives of Platinum Partners
Value Arbitrage Fund (International) Limited
(in Official Liquidation)*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 15 |
| PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P. (IN OFFICIAL LIQUIDATION),[1] *et al.*, | Case No. 16-12925 (SCC) |
| | (Jointly Administered) |
| Debtors in Foreign Proceedings. | |

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Tara J. Plochocki, of Lewis Baach Kaufmann Middlemiss PLLC, appears on behalf of Margot MacInnis and Nilani Perera, the court-appointed foreign representatives of Platinum Partners Value Arbitrage Fund (International) Limited (in Official Liquidation), and hereby requests that all notices given or required to be given in this case, and all documents and other papers served or required to be served in this case, be given and served upon the undersigned at the following office address:

---

[1] The last four digits of the United States Tax Identification Number, or similar foreign identification number, as applicable, follow in parentheses: Platinum Partners Value Arbitrage Fund L.P. (in Official Liquidation) (1954); Platinum Partners Value Arbitrage Fund (International) Ltd. (in Official Liquidation) (2356); and Platinum Partners Value Arbitrage Intermediate Fund Ltd. (in Official Liquidation) (9530).

LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
Jack B. Gordon
Bruce R. Grace
Tara J. Plochocki
1101 New York Avenue, NW, Suite 1000
Washington, DC 20005
Telephone: (202) 833-8900
Facsimile: (202) 466-5738
jack.gordon@lbkmlaw.com
bruce.grace@lbkmlaw.com
tara.plochocki@lbkmlaw.com

Dated: December 31, 2018     LEWIS BAACH KAUFMANN MIDDLEMISS PLLC

By: */s/ Tara J. Plochocki*
　　 Tara J. Plochocki
　　 1101 New York Avenue, NW, Suite 1000
　　 Washington, DC 20005
　　 (202) 833-8900

*Attorneys for Margot MacInnis and Nilani Perera,
as Foreign Representatives of Platinum Partners
Value Arbitrage Fund (International) Limited
(in Official Liquidation)*