Jack B. Gordon
Tara J. Plochocki
**LEWIS BAACH KAUFMANN**
**MIDDLEMISS PLLC**
1101 New York Ave., NW, Suite 1000
Washington, DC 20005
(202) 833-8900

*Attorneys for the Foreign Representatives of Platinum Partners Value Arbitrage Fund (International) Limited (in Official Liquidation) and Platinum Partners Value Arbitrage Intermediate Fund Ltd. (in Official Liquidation)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
: 
In re : Chapter 15
: 
PLATINUM PARTNERS VALUE : Case No. 16-12925 (SCC)
ARBITRAGE FUND L.P. (IN :
OFFICIAL LIQUIDATION),[1] *et al.*, : (Jointly Administered)
:
Debtors in :
Foreign Proceedings. :
:
------------------------------------------------------------X

## NOTICE OF SUBSEQUENT INFORMATION PURSUANT TO 11 U.S.C. § 1518

Luke Almond ("**Almond**") and Cosimo Borrelli ("**Borrelli**"), the current and duly appointed joint official liquidators of Platinum Partners Value Arbitrage Fund (International) Limited (in Official Liquidation) (the **"International Fund"**) and Platinum Partners Value Arbitrage Intermediate Fund Ltd. (in Official Liquidation) (the **"Intermediate Fund"** and together with the International Fund, the **"Funds"**), both Funds in liquidation by way of the Financial Services Division of the Grand Court of the Cayman Islands (the "**Grand Court**") (cause nos.

---

[1] The last four digits of the United States Tax Identification Number, or similar foreign identification number, as applicable, follow in parentheses: Platinum Partners Value Arbitrage Fund L.P. (in Official Liquidation) (1954); Platinum Partners Value Arbitrage Fund (International) Ltd. (in Official Liquidation) (2356); and Platinum Partners Value Arbitrage Intermediate Fund Ltd. (in Official Liquidation) (9530).

1

FSD 118 of 2016 (NSJ) ("**International Fund Liquidation**") and FSD 30 of 2017 (NSJ) ("**Intermediate Fund Liquidation**," and collectively with the International Fund Liquidation, the "**Cayman Liquidations**")), by their undersigned United States counsel, respectfully advise the Court, pursuant to 11 U.S.C. § 1518, of the following recent developments in the Cayman Liquidations:

### International Fund Liquidation

1. On December 21, 2018, Borrelli, in his capacity as a joint official liquidator of the International Fund, submitted an application to the Grand Court for an Order releasing Samantha Wood (**"Wood"**) from the performance of any further duties as joint official liquidator of the International Fund and appointing Almond as her successor.

2. On February 1, 2019, the Grand Court issued an Order that, among other things that: (i) released Wood from the performance of any further duties as joint official liquidator of the International Fund; and (ii) appointed Almond as Wood's successor, effective as of the date of the Order (the "**International Fund Order**"). A true and correct copy of the International Fund Order is attached hereto as **Exhibit A**.

3. The International Fund Order grants Almond the same powers as were granted to Wood and Borrelli upon their appointment as joint official liquidators under the Order of the Grand Court dated December 16, 2016, such powers to be exercisable jointly and severally. Since February 1, 2019, Almond has acted as a joint official liquidator of the International Fund.

4. As a result of the foregoing, Wood no longer is a joint official liquidator of the International Fund, and no longer is a "foreign representative" of the International Fund, as that term is defined in 11 U.S.C. § 101(24), in the above-captioned case.

**Intermediate Fund Liquidation**

5.    On December 21, 2018, Borrelli, in his capacity as a joint official liquidator of the Intermediate Fund, submitted an application to the Grand Court for an Order releasing Wood from the performance of any further duties as joint official liquidator of the Intermediate Fund and appointing Almond as her successor.

6.    On February 1, 2019, the Grand Court issued an Order that, among other things that: (i) released Wood from the performance of any further duties as a joint official liquidator of the Intermediate Fund; and (ii) appointed Almond as Wood's successor, effective as of the date of the Order (the "**Intermediate Fund Order**").  A true and correct copy of the Intermediate Fund Order is attached hereto as **Exhibit B**.

7.    The Intermediate Fund Order grants Almond the same powers as were granted to Wood upon her appointment as a joint official liquidator under the Order of the Grand Court dated February 14, 2017, such powers to be exercisable jointly and severally with Borrelli.  Since February 1, 2019, Almond has acted as a joint official liquidator of the Intermediate Fund.

8.    As a result of the foregoing, Wood no longer is a joint official liquidator of the Intermediate Fund, and no longer is a "foreign representative" of the Intermediate Fund, as that term is defined in 11 U.S.C. § 101(24).

*    *    *    *

9. Almond and Borelli will be presenting a proposed Order to the Court granting them all rights, authority, privileges and powers accorded to their predecessors.

**LEWIS BAACH KAUFFMAN MIDDLEMISS PLLC**

By: /s/ Jack B. Gordon
    Jack B. Gordon
1101 New York Ave., NW, Suite 1000
Washington, DC 20005
(202) 833-8900

*Attorneys for the Foreign Representatives*

Dated: February 22, 2019