**IN THE GRAND COURT OF THE CAYMAN ISLANDS**
**FINANCIAL SERVICES DIVISION**

**CAUSE NO: FSD 118 OF 2016 (NSJ)**

**The Honourable Justice Segal**
**In Chambers, 1 February 2019**

**IN THE MATTER OF THE COMPANIES LAW (2018 REVISION)**

**AND IN THE MATTER OF PLATINUM PARTNERS VALUE ARBITRAGE FUND (INTERNATIONAL) LIMITED (IN OFFICIAL LIQUIDATION)**

**ORDER**

**UPON** the application of Cosimo Borrelli, in his capacity as joint official liquidator, with Samantha Wood, of Platinum Partners Value Arbitrage Fund (International) Limited (in Official Liquidation) (collectively, the **JOLs**), made by summons dated 21 December 2018

**AND UPON** reading the Second Affidavit of Cosimo Borrelli sworn on 9 January, the First Affidavit of Luke Almond sworn on 9 January 2019, and the Second Affidavit of Robert Shifman sworn on 16 January 2019, each filed on behalf of the JOLs, and the exhibits to each of the affidavits

**AND UPON** Samantha Wood having given notice on 30 November 2018 of her intention to resign as JOL to the Liquidation Committee of Platinum Partners Value Arbitrage Fund (International) Limited (in Official Liquidation), which resignation is to become effective as of the date of the order of the Court appointing Luke Almond as successor to Samantha Wood

**AND UPON** the application being dealt with on the papers

**IT IS ORDERED THAT:**

1. Pursuant to the *Companies Winding Up Rules, 2018* (**CWR**) Order 5, rule 4(6):

   (a) Samantha Wood, of Borrelli Walsh (Cayman) Limited, Strathvale House, 3rd Floor, 90 North Church Street, George Town, Grand Cayman, Cayman Islands, is released from the performance of any further duties as JOL, effective as of the date of this order;

   (b) Luke Almond, of Borrelli Walsh (Cayman) Limited, P.O. Box 30847, Strathvale House, 3rd Floor, 90 North Church Street, George Town, Grand Cayman, Cayman Islands, KY1-1204 (direct phone: +1 345 743 8812; mobile: +1 345 924 4102; email: loa@borrelliwalsh.com), is appointed as successor to Samantha Wood as JOL, effective as of the date of this order; and

   (c) Luke Almond is granted the same powers as were granted to Samantha Wood upon her appointment as JOL under the Order dated 15 May 2018 which are the same powers as were granted to Samantha Wood's predecessor JOL, Margot MacInnis under the Order dated 16 December 2016, such powers to be exercisable jointly and severally with Cosimo Borrelli.

2. The publication of notice of appointment of Luke Almond under CWR Order 5, rule 3(3) is dispensed with.

3. The JOLs' costs of this application shall be paid by Borrelli Walsh (Cayman) Limited.

**DATED** this 1st day of February, 2019.
**FILED** this  1st  day of February, 2019.

_____
**The Honourable Justice Segal**
**Judge of the Grand Court**

This Order is filed by HSM Chambers, attorneys for the Joint Official Liquidators, whose address for service is 68 Fort Street, PO Box 31726, Grand Cayman KY1-1207, Cayman Islands [Ref.: 419555.0002/ICL]