**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
:
In re                                                        :    Chapter 15
:
PLATINUM PARTNERS VALUE                                      :    Case No. 16-12925 (SCC)
ARBITRAGE FUND L.P. (IN                                      :
OFFICIAL LIQUIDATION),[1] *et al.*,                          :    (Jointly Administered)
:
Debtors in                                       :
Foreign Proceedings.                             :
:
------------------------------------------------------------X

**SUPPLEMENTAL ORDER GRANTING RECOGNITION AND RELIEF IN AID OF FOREIGN MAIN PROCEEDINGS PURSUANT TO SECTIONS 1504, 1509, 1515, 1517, 1520, AND 1521 OF THE BANKRUPTCY CODE**

This Supplemental Order having been submitted on presentment [Doc. No. 154], and no objection having been timely filed, on the basis of the information set forth in the *Notice of Subsequent Information Pursuant to 11 U.S.C. § 1518*, dated February 5, 2021 (the "**Notice**") [Doc. No. 153], and the entire record, after due deliberation and sufficient cause appearing therefor, it is hereby:

1.  **ORDERED,** that Mitchell Mansfield, a duly appointed joint official liquidator of Platinum Partners Value Arbitrage Fund (International) Limited (in Official Liquidation) (the "**International Fund**"), is granted all rights, authority, privileges and powers that were granted to Margot MacInnis under this Court's *Supplemental Order Granting Recognition and Relief in Aid of Foreign Main Proceedings Pursuant to Sections 1504, 1509, 1515, 1517, 1520, and 1521 of the*

---

[1] The last four digits of the United States Tax Identification Number, or similar foreign identification number, as applicable, follow in parentheses: Platinum Partners Value Arbitrage Fund L.P. (in Official Liquidation) (1954); Platinum Partners Value Arbitrage Fund (International) Ltd. (in Official Liquidation) (2356); and Platinum Partners Value Arbitrage Intermediate Fund Ltd. (in Official Liquidation) (9530).

*Bankruptcy Code*, dated February 28, 2017 (the **"International Fund Supplemental Recognition Order"**) [Doc. No. 39], *nunc pro tunc* as of October 9, 2020; and it is further

2.      **ORDERED,** that Mitchell Mansfield, a duly appointed joint official liquidator of Platinum Partners Value Arbitrage Intermediate Fund Ltd. (in Official Liquidation) (the "**Intermediate Fund**"), is granted all rights, authority, privileges and powers that were granted to Margot MacInnis under this Court's *Order Granting Recognition and Relief in Aid of Foreign Main Proceedings Pursuant to Sections 1504, 1509, 1515, 1517, 1520, and 1521 of the Bankruptcy Code*, dated October 12, 2017 (the **"Intermediate Fund Recognition Order"**) [Case No. 17-12269, Doc. No. 12], *nunc pro tunc* as of October 9, 2020; and it is further

3.      **ORDERED,** for the avoidance of doubt, that recognition of the International Fund and the Intermediate Fund as foreign main proceedings pursuant to 11 U.S.C. § 1517 and all attendant rights and relief in the *Order Granting Recognition and Relief in Aid of Foreign Main Proceedings Pursuant to Sections 1504, 1509, 1515, 1517, 1520, and 1521 of the Bankruptcy Code*, dated November 23, 2016 [Doc. No. 27], the **International Fund Supplemental Recognition Order,** and the **Intermediate Fund Recognition Order,** continue without interruption; and it is further

4.      **ORDERED,** that nothing set forth herein shall affect the authority or validity of any actions taken by Luke Almond with respect to the International Fund or the Intermediate Fund during the period for which he was a joint liquidator of either such fund; and it is further

5.      **ORDERED,** that this retains jurisdiction with respect to the enforcement, amendment or modification of this Order.

Dated: March 12, 2021

New York, New York

                                              /S/ Shelley C. Chapman
                                              THE HONORABLE SHELLEY C. CHAPMAN
                                              UNITED STATES BANKRUPTCY JUDGE